Scott H. Frewing, State Bar No. 191311
Ethan S. Kroll, State Bar No. 274157
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.frewing@bakermckenzie.com
ethan.kroll@bakermckenzie.com

Attorneys for Defendant
Pedro Ramirez-Alvarez

**FILED**

JUL 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Pedro Ramirez-Alvarez,<br><br>Defendant. | **Case No. 11-MJ-70785-HRL**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE AND EXCLUDING TIME FROM JULY 28, 2011 THROUGH AUGUST 11, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION** |

IT IS HEREBY STIPULATED between the parties that, subject to the Court's approval, the arraignment scheduled for July 28, 2011 at 1:30 p.m. shall be continued to August 11, 2011 at 1:30 p.m.  The purpose for the continuance is to allow the parties to discuss a potential pre-indictment resolution of the matter.  Furthermore, it is hereby stipulated between the parties that the time between July 28, 2011 and August 11, 2011 is excluded under the Speedy Trial Act, 18.U.S.C. § 3161.  The defendant agrees to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from July 28, 2011 through August 11, 2011.

It is so stipulated.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No 11-MJ-70785-HRL
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME

1

2    Dated:  July 28, 2011                Respectfully submitted,

3                                BAKER & McKENZIE LLP

4

5                                By:  /s/ Scott H. Frewing
                                   Scott H. Frewing

6                                   Ethan S. Kroll
                                   Attorneys for Pedro Ramirez-Alvarez

7

8    Dated:  July 28, 2011

9

10                              By:  /s/ Susan Knight
                                   Susan Knight

11                                   Assistant U.S. Attorney

12

13

14                              **ORDER**

15        IT IS HEREBY ORDERED that the arraignment, currently scheduled for Thursday, July 28,

16    2011 at 1:30 p.m. shall be vacated, and the new arraignment date shall be August 11, 2011 at 1:30

17    p.m.

        The Court also hereby ORDERS that the time between July 28, 2011 and August 11, 2011 is

18    excluded under Rule 5 and the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the failure

19    to grant the requested continuance would unreasonably deny defense counsel reasonable time

20    necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore,

21    the Court finds that the ends of justice served by granting the requested continuance outweigh the

22    best interest of the public and the defendant in a speedy trial and in the prompt disposition of

23    criminal cases.  The court therefore concludes that this exclusion of time should be made under 18

24    U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

25

26

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

1    **IT IS SO ORDERED.**

2

3    Dated: 7/28/11                    By: _____

4                                      HOWARD R. LLOYD
                                       UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. 11-MJ-70785-HRL
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME